### *In re* TRUSTEES OF OLEAN.

### *In re* STEYNER *et al*

(*Supreme Court, General Term, Fifth Department.* June 19, 1890.)

Application by the trustees of Olean to appraise the lands of John J. Steyner and others for street purposes.

No opinion.    Motion to dismiss appeal denied.

---

### UPSON, Respondent, *v.* CHADWICK, Appellant.

(*Supreme Court, General Term, Fifth Department.* June 19, 1890.)

No opinion.    Judgment of the county court of Niagara county affirmed, with costs.

---

### RAMSAY *v.* BARNES.

(*Common Pleas of New York City and County, General Term.* June 2, 1890.)

No opinion.    Reargument ordered.

---

### *In re* BLAKESLEE.

(*Common Pleas of New York City and County, General Term.* November 3, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*G. M. Baker,* for appellant.    *Geo. M. Pinney, Jr.,* for respondent.

PER CURIAM.    The order will be reversed upon the ground that the proceedings for an accounting should have been instituted by a citation instead of by an order to show cause.    Assignment Act, §§ 11–20, inclusive.

---

### *In re* BOYD.

(*Common Pleas of New York City and County, General Term.* November 3, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Wm. D. Veeder,* for appellant.    *J. H. V. Arnold,* for respondents.

No opinion.    Reargument ordered.

---

### FOLEY, Respondent, *v.* FOLEY, Appellant.

(*Common Pleas of New York City and County, General Term.* November 3, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*G. W. Galinger,* for appellant.    *Abbott Bros.,* for respondent.

No opinion.    Order affirmed, with costs.

---

### FORDE *v.* NICHOLS.

(*Common Pleas of New York City and County, General Term.* November 3, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

No opinion.    Reargument ordered.